

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00462-CV

**IN RE** Gloria **ZARATE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  July 9, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On June 27, 2014, relator Gloria Zarate filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 10-08-49259, styled *Green Tree Servicing, LLC as Successor Servicer for BAHS - A Division of Bank of America, FSB v. Gloria T. Zarate and Rene Zarate Jr.*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.